**CAUSE NO. 2019-46877**

| | | |
|---|---|---|
| **AHMED MOHAMMED** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **234th   JUDICIAL DISTRICT** |
| | § | |
| **ALLSTATE VEHICLE AND PROPERTY** | § | |
| **INSURANCE COMPANY TIMOTHY** | § | |
| **PAUL MCCLURE, JANIE RENEE** | § | |
| **WILLIAMS AND JESSICA LEIGH HALL** | § | |
| **KROMM** | § | |
| **Defendants.** | § | **HARRIS COUNTY, TEXAS** |

## NOTICE TO STATE COURT OF REMOVAL

PLEASE TAKE NOTICE that Defendant in the above-styled action, has this date filed in the United States District Court for the Southern District of Texas, Houston Division, a Notice of Removal, a copy of which is attached hereto as Exhibit 1 (without exhibits), thereby effecting removal of this case.  Accordingly this court may proceed no further unless and until this case is remanded.

Respectfully submitted,

SUSAN L. FLORENCE & ASSOCIATES

*/s/ Michael C. Maus*

**MICHAEL C. MAUS**
TBN:  24008803
Federal Bar: 23064
811 Louisiana, Suite 2400
Houston, TX  77002
HoustonLegal@allstate.com
(713) 336-2842
(877) 684-4165 (fax)

ATTORNEY FOR DEFENDANT

# EXHIBIT D

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on this date.

*/s/ Michael C. Maus*
**MICHAEL C. MAUS**

EXHIBIT D