UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

AHMED MOHAMMED
   Plaintiff,

vs.

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY AND TIMOTHY
PAUL MCCLURE, JANIE RENEE WILLIAMS
AND JESSICA LEIGH HALL KROMM
   Defendant.

CIVIL ACTION NO. 4:19-cv-03087

DEFENDANT'S DISCLOSURE STATEMENT AND
CERTIFICATE OF INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Defendant, files this

Disclosure Statement and Certificate of Interested Parties:

I.

The following persons/entitles have a financial interest in the outcome of this lawsuit:

1.  Plaintiff Ahmed Mohammed

2.  Plaintiff's counsel Brant J. Stogner, Angelina Wike, and the law firm of Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz.

3.  Adjustor Defendants McClure, Williams and Kromm.

4.  Defendant Allstate Vehicle and Property Insurance Company is is a wholly owned subsidiary of Allstate Insurance Holdings, LLC, which is a Delaware limited liability company, which is a wholly owned subsidiary of The Allstate Corporation, which is a Delaware Corporation. The stock of The Allstate Corporation is publicly traded. No publicly held entity owns 10% or more of the stock of The Allstate Corporation.

# EXHIBIT E

Respectfully submitted,

SUSAN L. FLORENCE & ASSOCIATES


*/s/ Michael C. Maus*

**MICHAEL C. MAUS**
TBN:  24008803
Federal Bar: 23064
811 Louisiana, Suite 2400
Houston, TX  77002
HoustonLegal@allstate.com
(713) 336-2842
(877) 684-4165 (fax)

ATTORNEY FOR DEFENDANT


EXHIBIT E