**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **AHMED MOHAMMED,** | |
| **Plaintiff** | **Case No. 4:19-cv-03087** |
| **v.** | |
| **ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, TIMOTHY PAUL MCCLURE, JANIE RENEE WILLIAMS AND JESSICA LEIGH HALL KROMM,** | **JURY TRIAL DEMANDED** |
| **Defendants** | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff, AHMED MOHAMMED, hereby certifies the following to be all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations other legal entities known to them to be financially interested in the outcome of the litigation on this case:

1.  Ahmed Mohammed is a Plaintiff in this matter.

2.  ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY is a Defendant in this matter.

3.  Timothy Paul McClure is a named Defendant in this matter

    a.  Allstate Vehicle and Property Insurance Company filed an Election of Legal Responsibility with regard to this Defendant.

4.  Janie Renee Williams is a Defendant in this matter.

    a.  Allstate Vehicle and Property Insurance Company filed an Election of Legal Responsibility with regard to this Defendant.

5.      Jessica Leigh Hall Kromm is a Defendant in this matter.

a.  Allstate Vehicle and Property Insurance Company filed an Election of

Legal Responsibility with regard to this Defendant.

Respectfully submitted,

**ABRAHAM, WATKINS, NICHOLS,
SORRELS, AGOSTO & AZIZ**

*/s/ Angelina Wike*

By: _____

Brant J. Stogner
Federal Bar No. 747984
Angelina Wike
Federal Bar No. 3257279
800 Commerce Street
Houston TX 77002
bstogner@awtxlaw.com
awike@awtxlaw.com
Telephone:    713.222.7211
Facsimile:    713.225.0827
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served by electronic CM/ECF filing on this 27th day of August, 2019, on all counsel of record.

**MICHAEL MAUS**
SUSAN L. FLORENCE & ASSOCIATES
811 Louisiana St 2400
Houston, TX 77002-1401
HoustonLegal@allstate.com
(713) 336-2842
(877) 684-4165 (fax)

**ATTORNEY FOR DEFENDANTS**

*/s/ Angelina Wike*

_____

ANGELINA WIKE

2