**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **AHMED MOHAMMED,** | |
| **Plaintiff** | **Case No. 4:19-cv-03087** |
| **v.** | |
| **ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, TIMOTHY PAUL MCCLURE, JANIE RENEE WILLIAMS AND JESSICA LEIGH HALL KROMM,** | **JURY TRIAL DEMANDED** |
| **Defendants** | |

## PLAINTIFF'S CERTIFICATE OF WRITTEN DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, AHMED MOHAMMED, files this Plaintiff's Certificate of Written Discovery and respectfully shows the Court the following:

I.

On the 27th day of November 2019, Plaintiff served Answers to Interrogatories and Responses to Request for Production to Defendant, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, by and through Defendant's attorney of record, Michael Maus, SUSAN L. FLORENCE & ASSOCIATES, 811 Louisiana St, Ste 2400, Houston, TX 77002-1401.

[Signature next page]

Respectfully submitted,

**ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & AZIZ**

*/s/ Angelina Wike*

By: _____

Brant J. Stogner
Federal Bar No. 747984
Angelina Wike
Federal Bar No. 3257279
800 Commerce Street
Houston TX 77002
bstogner@awtxlaw.com
awike@awtxlaw.com
Telephone:     713.222.7211
Facsimile:     713.225.0827
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served by electronic CM/ECF filing on this 27th day of November 2019, on all counsel of record.

**MICHAEL MAUS**
SUSAN L. FLORENCE & ASSOCIATES
811 Louisiana St 2400
Houston, TX 77002-1401
HoustonLegal@allstate.com
(713) 336-2842
(877) 684-4165 (fax)

**ATTORNEY FOR DEFENDANTS**

*/s/ Angelina Wike*

_____
ANGELINA WIKE

2